**Thomas Andrew ESTES, Petitioner–
Appellant,**

v.

**William ANDERSON, Superintendent; Mike Easley, Attorney General of North Carolina, Respondents–Appellees.**

**No. 01–6033.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

---

234

Thomas Andrew Estes, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Thomas Andrew Estes seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) and denying his Fed.R.Civ.P. 59 motion. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Estes v. Anderson,* No. CA-00-257-2-1-MU (W.D.N.C. filed Dec. 8, 2000; entered Dec. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*